UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**WILLIAM DARRELL PETREY, et al.,**

    Plaintiffs,

    v.

**CITY OF WILMINGTON, et al.,**

    Defendants.

Case No. 1:23-cv-490
JUDGE DOUGLAS R. COLE

## ORDER

The Court has been advised that this action has settled. The Court therefore **DISMISSES** this action **WITH PREJUDICE**, but provides that any party may, within **60 days** and upon good cause shown, move to reopen the action if the settlement is not consummated. The Court expressly and explicitly retains jurisdiction to enforce the settlement agreement of the parties.

    **SO ORDERED.**

November 30, 2023
**DATE**

                            **DOUGLAS R. COLE**
                            **UNITED STATES DISTRICT JUDGE**